
FILED
MAR 0 1 2016
Clerk, U S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ERIC BROSTEN, <br><br> Plaintiff, <br><br> vs. <br><br> STEVE DAINES and RYAN ZINKE, <br><br> Defendants. | CV 16–01–H–DLC–JTJ <br><br> ORDER |

United States Magistrate Judge John Johnston entered his Findings and Recommendations in this matter on January 26, 2016, recommending dismissal of Plaintiff Eric Brosten's ("Brosten") Complaint. Judge Johnston also recommends denial of Brosten's Motion to Proceed in Forma Pauperis and an *ex parte* motion for protection. Brosten failed to timely object to the Findings and Recommendations, and so waived his right to de novo review of the record. 28 U.S.C. § 636(b)(1)(C). This Court reviews for clear error those findings and recommendations to which no party objects. *See McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v.*

*Syrax*, 235 F.3d 422, 427 (9th Cir. 2000) (citations omitted).

Having reviewed the Findings and Recommendations, the Court finds no clear error in Judge Johnston's conclusion that Brosten's Complaint should be dismissed because it is frivolous and lacks any basis in fact or law. Brosten's allegations are simply not plausible. Further, the Court agrees that Brosten's Complaint cannot be cured by amendment and that all other motions should be denied.

IT IS ORDERED that:

(1) Judge Johnston's Findings and Recommendations (Doc. 7) are ADOPTED IN FULL.

(2) Plaintiff Eric Brosten's request to proceed in forma pauperis under 28 U.S.C. § 1915(a)(1) (Doc. 1) is DENIED.

(3) Brosten's *ex parte* motion (Doc. 3) is DENIED.

(4) This action is DISMISSED. The Clerk of Court is directed to close this matter and enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Dated this 1st day of March, 2016.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court